

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2020

No. 04-20-00008-CV

Dennis R. **CAHILL**,
Appellant

v.

Shirley A. **JONES-CAHILL**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-236
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

We grant the agreed motion for extension of time to file appellee's brief. We order appellee's brief due May 27, 2020.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court